UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 97-165 (RHK) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| | ) | |
| CARMICHAEL AMAEBI FEBABOR, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| TCF NATIONAL BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

Writs of Garnishment was duly issued by this Court and personally served on the garnishee on or about June 15, 2005. The Writs garnished defendant's interest in a checking account and in a Certificate(s) of Deposit.

Pursuant to the Writs of Garnishment, the garnishee filed Answers with this Court. In its Answers, the garnishee states that at the time of the service of the Writs, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, including $6,294.33 in a Certificate of Deposit and $752.91 in a checking account.

On or about June 20, 2005, the defendant was personally served with the Writs and with notice of his right to a hearing. Although defendant requested a hearing regarding garnishment of his bank account, the parties have now resolved the objection and have

stipulated to the entry of this order, without further notice or hearing.

Accordingly, based upon the stipulation of the parties and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Writ of Garnishment for Defendant's checking account is hereby released; and

2. The garnishee shall take whatever steps necessary to reduce the Certificate(s) of Deposit attached by the Writ of Garnishment to cash and shall send the proceeds of the Certificate(s) of Deposit to the Clerk of Court, 202 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota  55415, to be used to reduce the criminal monetary impositions in this case.

Dated: July 27, 2005

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge